# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1260**
**CA 15-00326**
PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND VALENTINO, JJ.

---

DEBRA L. SHERMAN, PLAINTIFF-APPELLANT,

                    V                                          ORDER

STEVE J. HEROD, DEFENDANT-RESPONDENT.

---

WILLIAM MATTAR, P.C., WILLIAMSVILLE (MATTHEW J. KAISER OF COUNSEL),
FOR PLAINTIFF-APPELLANT.

SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (KAREN J. KROGMAN DAUM
OF COUNSEL), FOR DEFENDANT-RESPONDENT.

-------------------------------------------------------------------------------------------------------

     Appeal from an order of the Supreme Court, Erie County (Timothy
J. Drury, J.), entered November 6, 2014.  The order granted the motion
of defendant for summary judgment and dismissed the complaint.

     It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  November 13, 2015                    Frances E. Cafarell
                                               Clerk of the Court